**Mary E. Schmitt**  **Case No.:** 22-11315    Christopher Shawn Loll    **Exhibit 1 to Application for Attorney Fees**
**Attorney at Law**
**Itemized Time Record pursuant to Local Bankruptcy l_1(e )(3)**
**Pre-Confirmation Fees**

| Date of Service | Service Provider | Hourly Rate | Description of Service | Time Spent/Cost | Total Compensation Requested |
|---|---|---|---|---|---|
| 8/14/2022 | Mary E. Schmitt, Attorney | $350.00 | Consultation with client and review of Trustee Sale Notice | 1 hour | 350 |
| 8/14/2022 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Emergency Voluntary Petition | 1 hour | 350 |
| 8/29/2022 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Motion to Extend Time to File Balance of Schedules | .5 hour | 175 |
| 9/7/2022 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Balance of Schedules | 4 hours | 1400 |
| 9/8/2022 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Chapter 13 Plan | 2 hours | 700 |
| 11/1/2022 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Debtor's Declaration re Completion of Tax Returns | .25 hour | 87.5 |
| 11/1/2022 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Amended Ch13 Plan | .5 hour | 175 |
| 11/1/2022 | Mary E. Schmit, Attorney | $350.00 | Preparation of Motion Amend Ch13 Plan dated November 1, 2022 | 1 hour | 350 |
| 11/1/2022 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Proof of Service of Motion to Amend Ch13 Plan | .25 hour | 87.5 |
| 11/2/2022 | Mary E. Schmitt, Attorney | $350.00 | Appearance Meeting of Creditors | 1 hour | 350 |
| 11/18/2022 | Mary E. Schmitt, Attorney | $350.00 | Amendment to Schedules AB and C and Dec Form 106 | .5 hour | 175 |
| 11/18/2022 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Debtor's Amended Ch23 Plan dated November 18, 2022 | .5 hour | 175 |
| 11/18/2022 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Motion to Amend Ch13 Plan dated November 18, 2022 | 1 hour | 350 |
| 11/18/2022 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Debtor's Declaration is Support of Amended Plan and Motion to Amend | .5 hour | 175 |
| 11/18/2022 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Proof of Service for Mt to Amend | .25 hour | 87.5 |
| 11/21/2022 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Objection to Claim No. 6 | 2 hours | 700 |
| 11/21/2022 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Affidavit of Remi A Kelley | .5 hour | 175 |
| 11/21/2022 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Declaration of Christopher Loll | .5 hour | 175 |

| Date | Attorney | Rate | Description | Time | Amount |
|---|---|---|---|---|---|
| 11/22/2022 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Amended Notice of Hearing | .1 hour | 35 |
| 12/5/2022 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Debtor's Proof of Service for Objection to Claim | .25 hour | 87.5 |
| 12/5/2022 | Mary E.Schmitt, Attorney | $350.00 | Preparation of Debtor's Proof of Service for Amended Notice of Hearing on Motion to Amend Chapter 13 Plan | .1 hour | 35 |
| 12/14/2022 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Debtor's Response to Trustee's Motion to Dismiss | .5 hour | 175 |
| 12/21/2022 | Mary E. Schmitt, Attorney | $350.00 | Appearance Hearing on 1 Debtor's Motion to Amend Ch13 Plan | .25 hour | 87.5 |
| 12/21/2022 | Mary E. Schmitt, Attorney | $350.00 | Appearance Hearing on on Objection to Claim 6 | .25 hour | 87.5 |
| 12/21/2022 | Mary E.Schmitt, Attorney | $350.00 | Appearance Hearing on Motion to Dismiss | .25 hour | 87.5 |
| 1/2/2023 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Declaration of Debtor re New Employment | .25 hour | 87.5 |
| 1/6/2023 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Amended Ch13 Plan dated January 6, 2023 | .25 hour | 87.5 |
| 1/6/2023 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Motion to Amended Ch13 Plan to Amended Plan dated January 6, 2023 | 1 hour | 350 |
| 1/6/2023 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Objection to IRS Claim No 7 | .75 hour | 262.5 |
| 1/6/2023 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Debtor's Declaration with Fed Tax Returns re Obj to Claim No 7 | .1 hour | 35 |
| 1/10/2023 | Mary E.Schmitt, Attorney | $350.00 | Preparation of Proof of Service for Motion to Amend Chapter 13 Plan dated Jan 6, 2023 | .1 hour | 35 |
| 1/11/2023 | Mary E. Schmitt, Attorney | $350.00 | Appearance on Objection to Claim No 6 | .5 hour | 175 |
| 2/17/2023 | Mary E. Schmitt, Attorney | $350.00 | Preparation Application to Employ Realtor | .5 hour | 175 |
| 2/17/2023 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Debtor's Amended Ch 13 Plan dated February 17, 2023 | .5 hour | 175 |
| 2/17/2023 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Debtor's Motion to Amend Chapter 13 Plan | 1 hour | 350 |
| 2/17/2023 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Debtor's Declaration in Support of Motion to Amend Ch13 Plan | .1 hour | 35 |
| 2/17/2023 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Declaration of Karl Blanchard | .25 hour | 87.5 |
| 2/17/2023 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Declaration of Danny Staton | .25 hour | 87.5 |

| Date | Attorney | Rate | Description | Hours | Fees |
|---|---|---|---|---|---|
| | | | to Amend Chapter 13 Plan | .1 hour | 35 |

| Date | Attorney | Rate | Description | Hours | Fees |
|---|---|---|---|---|---|
| 3/16/2023 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Amendment to Schedules I J and Dec Form 106 | .5 hour | 175 |
| 3/16/2023 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Amended Chapter 13 Plan dated March 16, 2023 | .5 hour | 175 |
| 3/16/2023 | Mary E. Schmitt, Attorney | $350.00 | Preparation of Proof of Service of Motion to Amend Ch13 Plan to Plan dated 16-Mar-23 | .1 hour | 35 |
| | | | Total Hours and Fees for Case | 25.7 | 8,995.00 |
| 3/22/2023 | Case Confirmed. | **Fees Awarded as Original Fees** | 4,000.00 | | |
| | | **Additional Pre-Confirmation Fees** | 4,995.00 | | |
| | | **Total Post-Confirmation Fees** | 0.00    0 | | |
| | | **Total Fees Paid Prior to Filing** | **($2,000.00)** | | **($2,000.00)** |
| | | **Total Balance Owing** | **$6,995.00** | | **$6,995.00** |