UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re: Loll

CHRISTOPHER SHAWN LOLL

Debtor(s).

Case No. 22-11315

ORDER APPROVING ATTORNEY'S COMPENSATION

THIS MATTER came before the Court on the Attorney's Application for Compensation in a Chapter 13 Case filed by Mary E. Schmitt, Attorney at Law ("Applicant"). Based on the application,

It is hereby ORDERED that:

1. Applicant is awarded compensation of $_____8,995.00_____ as an administrative expense under 11 U.S.C. § 503(b).

2. The compensation shall be paid according to the confirmed plan or, if a plan is never confirmed, prior to dismissal or conversion (subject to applicable Trustee's fee).

3. Unless the Court orders otherwise, if this case is dismissed or converted after plan confirmation, the Chapter 13 Trustee shall send undisbursed plan payments on hand to debtor(s) in care of the Applicant, if the Applicant is the debtor(s)' attorney at the time of dismissal or conversion.

///End of Order///

Presented by:
/s/Mary E. Schmitt_____
Attorney for Debtor, WSBA#21530
PO Box 3288
Friday Harbor WA 98250

425-309-6281
maryschmitt@rockisland.com